AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| ROGER HILL <br><br> *Plaintiff(s)* <br> v. <br> MARK EVERETT WARSEWA, and LINDA JOSEPH <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 18-cv-00277-PAB |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  LINDA JOSEPH
493 Shannon Rd
Cotopaxi, CO 81223

  A lawsuit has been filed against you.

  Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Alexander Hood
Attorney for the Plaintiff
1535 Hight St, Suite 300
Denver, CO 80218

  If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 02/07/2018                                        s/ s phillips
                                                                    *Signature of Clerk or Deputy Clerk*