**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 1:18-cv-00277-PAB-KLM

ROGER HILL,

      Plaintiff,

v.

MARK EVERETT WARSEWA, and
LINDA JOSEPH,

      Defendants.

---

**NOTICE TO THE CLERK REGARDING FED. R. CIV. P. 55(a) DEFAULT BY ALL DEFENDANTS**

---

**TO THE CLERK:** Defendants in this case were served with a summons and Complaint on February 20, 2018. *See* ECF Docs. 10, 11 (returns of service). Pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i), Defendants' deadline for filing a response was March 13, 2018. That deadline has passed, and Defendants have failed to respond. Attached as Exhibit A is a declaration by Plaintiff's attorney demonstrating that Defendants have failed to plead or otherwise defend within the time limits set by the Federal Rules of Civil Procedure and that Defendants are not members of the active military. Pursuant to Fed. R. Civ. P. 55(a), "the Clerk must enter [Defendants'] default."

DATED March 16, 2018            Respectfully Submitted,

                                          s/Alexander Hood
                                          Alexander Hood
                                          Lawyers for Colorado Stream Access
                                          1410 High St., Suite 300
                                          Denver, CO 80218
                                          Ph: 802-578-5682
                                          Email: AlexanderHoodLaw@gmail.com