# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Case No. 1:18-cv-00277-PAB-KLM

ROGER HILL,

      Plaintiff,

v.

MARK EVERETT WARSEWA, and
LINDA JOSEPH,

      Defendants.

---

**DECLARATION OF ATTORNEY ALEXANDER HOOD**

---

I, Alexander Hood, declare that the following is true and correct based upon my personal knowledge:

1. I am attorney for the Plaintiffs in the above-captioned action.

2. According to my process server's returns of service (ECF Docs. 10, 11), Defendants were served with a summons and complaint on February 20, 2018.

3. Pursuant to Fed. R. Civ. P. 12, Defendants had 21 days from service to plead or otherwise defend.

4. More than 21 days have passed for each Defendant and none of the Defendants have filed an answer or any other responsive document.

5. As of the filing of this case, Defendants are over 50 years old (*See* ECF Docs. 10, 11) and engaged in private pursuits in Fremont County, Colorado. Based on this, they are not active members of the U.S. military.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on March 16, 2018

s/Alexander Hood
Alexander Hood