**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 1:18-cv-00277-PAB-KLM

ROGER HILL,

    Plaintiff,

v.

MARK EVERETT WARSEWA, and
LINDA JOSEPH,

    Defendants.

---

**NOTICE TO OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

---

Plaintiff hereby dismisses this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

    Respectfully Submitted,

    s/Alexander Hood
    Alexander Hood
    Lawyers for Colorado Stream Access
    1410 High St., Suite 300
    Denver, CO 80218
    Ph: 802-578-5682
    Email: AlexanderHoodLaw@gmail.com

2

## Certificate of Service

      I hereby certify that on May 29, 2018 I served a true and correct copy of the forgoing on all parties that have appeared pursuant to Fed. R. Civ. P. 5 by filing the above using the Court's CM/ECF filing system.

                                                                                    *s/*Alexander Hood
                                                                                    Alexander Hood